1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    11th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone:   (415) 436-7000
    Fax:         (415) 436-7009
7
   Attorneys for United States of America
8

9                  IN THE UNITED STATES DISTRICT COURT FOR THE

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                SAN FRANCISCO DIVISION

12  MARILYN S. KWOLEK,                )   Case No. C 11-00775-SI
                                      )   Related Case No. C 11-00830-SI
13              Petitioner,            )
                                      )   STIPULATION TO RESCHEDULE CASE
14        v.                           )   MANAGEMENT CONFERENCE AND
                                      )   [~~PROPOSED~~] ORDER
15                                    )
    UNITED STATES OF AMERICA,         )
16                                    )   Date:   June 24, 2011
                Respondent.           )   Time:   2:30 p.m.
17  _____    )   Place:  19th Floor, Courtroom 10

18        The parties hereby stipulate and agree, subject to the Court's approval, as follows:

19        That the case management conference in Marilyn S. Kwolek, Case No. C 11-00775-SI,

20  and Marilyn S. Kwolek, Case No. C 11-00830-SI, currently scheduled for June 3, 2011, at 2:30,

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1  be rescheduled to June 24, 2011, at 2:30.
2  SO STIPULATED:

3                                    MELINDA HAAG
                                     United States Attorney
4  Date: May 4, 2011                 _____/s/_____
5                                    CYNTHIA STIER
                                     Assistant United States Attorney
6                                    Tax Division

7                                    Attorneys for United States of America

8  Date: May 4, 2011                 _____/s/_____
                                     ROBERT E. BARNES
9                                    The Bernhoft Law Firm
                                     207 E. Buffalo Street
10                                   Suite 600
                                     Milwaukee, WI 53202
11                                   (414) 276-3333

12
                                     Attorney for Marilyn S. Kwolek
13

14  SO ORDERED:
15

16  Dated: 5/5/11                    _____
17                                   THE HONORABLE SUSAN ILLSTON
                                     UNITED STATES DISTRICT JUDGE
18

28  Kwolek v. US, Case No.11-00775-SI, and
    11-00830-SI, Stipulation to Reschedule
    Case Mgmt. Conf. and
    [Proposed] Order                          2