ROBERT E. BARNES (Cal. St. Bar No. 235919)
THE BERNHOFT LAW FIRM, P.C.
   207 E. Buffalo Street, Suite 600
   Milwaukee, Wisconsin 53202
   Telephone: (414) 276-3333 (general)
                  (414) 704-2416 (direct)
   Facsimile:  (414) 276-2822
   Email: rebarnes@bernhoftlaw.com

Attorney for Petitioner Marilyn S. Kwolek

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARILYN S. KWOLEK,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. C 11-00775-SI<br>Related Case No. C 11-00830-SI<br><br>STIPULATION TO RESCHEDULE MOTION HEARING DATE AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Motion Date:   June 24, 2011<br>Time:          9:00 a.m.<br>Place:         19th Floor, Rm. 10<br><br>CMC Date:     July 8, 2011<br>Time:          2:30 p.m.<br>Place:         19th Floor, Rm. 10 |

   The parties hereby stipulate and agree, subject to the Court's approval, as follows:

1

---

*Kwolek v. United States of America*, Case Nos. 11-00775-SI and 11-00830-SI
STIPULATION TO RESCHEDULE MOTION HEARING DATE AND CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER

1.     That the motion hearing on the Respondent's Motion to Dismiss in Case No. C-11-00775-SI and Case No. C-11-00830, currently scheduled for June 10, 2011, at 9:00 a.m. be rescheduled to June 24, 2011, at 9:00 a.m., and;

2.     That the case management conference currently scheduled for June 24, 2011 at 2:30 p.m. be rescheduled to July 8, 2011, at 2:30 p.m.

SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

Dated: May 11, 2011     /s/ Cynthia Stier
                              CYNTHIA STIER
                              Assistant United States Attorney
                              Tax Division

                              Attorneys for the United States of America


Dated: May 11, 2011     /s/ Robert E. Barnes
                              ROBERT E. BARNES
                              The Bernhoft Law Firm, S.C.
                              207 E. Buffalo Street, Suite 600
                              Milwaukee, Wisconsin 53202
                              (414) 276-3333 telephone

                              Attorneys for Marilyn S. Kwolek


SO ORDERED:


Dated:   5/12/11                   /s/ Susan Illston
                              THE HONORABLE SUSAN ILLSTON
                              UNITED STATES DISTRICT JUDGE

2

*Kwolek v. United States of America*, Case Nos. 11-00775-SI and 11-00830-SI
STIPULATION TO RESCHEDULE MOTION HEARING DATE AND CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER