IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN S. KWOLEK, | No. C 11-830 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The Court has dismissed the petition to quash. Judgment is hereby entered against petitioner and in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 21, 2011

SUSAN ILLSTON
United States District Judge